JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE OBERING FINE ART LLC, | Case No.: 24-cv-9808–FMO-PVC |
| | Judge:  Hon. Fernando M. Olguin |
| Plaintiff and Counter-Defendant | |
| CAMILLE OBERING, | ORDER RE: STIPULATION [45] FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| Counter-Defendant | |
| vs. | FRCP 41(a)(1)(A)(ii) |
| MILLIE BROWN, | Trial Date: February 17, 2026 |
| Defendant and Counter-Plaintiff | |

In consideration of the Stipulation of the parties, and

FOR GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that the entire action is hereby dismissed with prejudice.

DATED: October 9, 2025           By:_____/s/_____
                                 Honorable Fernando M. Olguin
                                 United States District Judge